IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BARABINO,                        )
                                        )
                Plaintiff,              )        No. 2:04-cv-02359-MCE-EFB
                                        )
        v.                              )
                                        )        ORDER RE NOTICE OF RELATED
FLEETWOOD MOTOR HOMES OF                )        CASE DOCUMENT
PENNSYLVANIA, FLEETWOOD                 )
ENTERPRISES, INC.,                      )
                                        )
                Defendants.             )
_____)        No. 2:09-cv-00086-GEB-KJM
ROBERT BARABINO,                        )
                                        )
                Plaintiff,              )
                                        )
        v.                              )
                                        )
CITIZEN AUTOMOBILE FINANCE, INC., a)
corporation, JPMORGAN CHASE BANK,   )
a corporation; and DOES ONE through)
TWENTY,                                 )
                                        )
                Defendants.             )
_____)
ROBERT BARABINO,                        )        No. 2:10-cv-00035-MCE-EFB
                                        )
                Plaintiff,              )
                                        )
        v.                              )
                                        )
CITIZENS AUTOMOBILE FINANCE, INC., )
a corporation; JP MORGAN CHASE      )
BANK, a corporation; WESTERN SURETY)
COMPANY, a corporation; and DOES    )
ONE through TWENTY,                     )
                                        )
                Defendants.             )
_____)

        The Notice of Related Case document filed January 6, 2010,

fails to mention the earliest filed case entitled <u>Barbino v. Fleetwood</u>

1  <u>Motor Homes of Pennsylvania, et al.</u>, 2:04-cv-02359-MCE-EFB, as

2  required by Local Rule 123.  An order filed August 12, 2009 closed

3  action 2:09-cv-00086-GEB-KJM, and action 2:10-cv-00035-MCE-EFB is

4  already assigned to the judges assigned the earliest filed case.

5  Dated:  January 7, 2010

6

7  _____
   GARLAND E. BURRELL, JR.

8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2