1  **MAKLER & BAKER LLP**
   Terry L. Baker (SBN 214365)
2  tbaker@consumerlawgroup.net
   820 Bay Avenue, Suite 230J
3  Capitola, CA 95010
   Tel:   (831) 476-7900
4  Fax:   (831) 476-7906

5  Attorneys for Plaintiff
   ROBERT BARABINO

## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARABINO | Case No. 10-CV-00035 MCE EFB |
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS |
| v. | |
| CITIZENS AUTOMOBILE FINANCE, INC., a corporation; JPMORGAN CHASE BANK, a corporation; WESTERN SURETY COMPANY, a corporation; and DOES ONE through TWENTY | Date: February 12, 2010<br>Time: 2:00 p.m.<br>Place: Courtroom 7<br>Judge: Honorable Morrison C. England, Jr. |
| Defendants. | |

The parties, by and through respective counsel, hereby stipulate to continue the hearing on Defendants' motions to dismiss from February 12, 2010 at 2:00 p.m. to February 25, 2010, at 2:00 p.m.  The reason for the requested continuance is that plaintiff's counsel is scheduled to undergo outpatient surgery on February 11, 2010 and will be unable to travel to Sacramento on February 12, 2010, for the hearing.  The parties further stipulate that the Defendants' Reply Memoranda shall be filed on or before February 18, 2010.

///

| | | |
|---|---|---|
| Dated: | January 28, 2010 | /s/ Terry L. Baker<br>TERRY L. BAKER<br>Attorney for Plaintiff |
| Dated: | January 28, 2010 | /s/ Wendy C. Krog<br>WENDY C. KROG<br>Attorney for JPMorgan Chase Bank |
| Dated: | January 28, 2010 | /s/ Jeremy M. Jessup<br>JEREMY M. JESSUP<br>Attorney for Citizens Automobile Finance, Inc. |

**ORDER**

IT IS SO ORDERED. The hearings on the Defendants' motions to dismiss will take place on February 25, 2010, at 2:00 p.m. in Department 7 of this Court. Each Defendants' Reply Memoranda shall be filed on or before February 18, 2010.

Dated: January 29, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE