1  **MAKLER & BAKER LLP**
   Terry L. Baker (SBN 214365)
2  tbaker@consumerlawgroup.net
   820 Bay Avenue, Suite 230J
3  Capitola, CA 95010
   Tel:    (831) 476-7900
4  Fax:    (831) 476-7906

5  Attorneys for Plaintiff
   ROBERT BARABINO

6

7

8

9               **UNITED STATES BANKRUPTCY COURT**

10           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12  ROBERT BARABINO                     Case No. 10-CV-00035 MCE EFB

13          Plaintiff,                  STIPULATION AND ORDER
                                        CONTINUING THE HEARING DATE ON
14  v.                                  DEFENDANTS' MOTIONS TO DISMISS

15  CITIZENS AUTOMOBILE FINANCE,        Date:  February 12, 2010
    INC., a corporation; JPMORGAN CHASE Time:  2:00 p.m.
16  BANK, a corporation; WESTERN SURETY Place: Courtroom 7
    COMPANY, a corporation; and DOES ONE Judge: Honorable Morrison C. England, Jr.
17  through TWENTY

18
            Defendants.
19  _____

20        The parties, by and through respective counsel, hereby stipulate to continue the

21  hearing on Defendants' motions to dismiss from February 12, 2010 at 2:00 p.m. to February

22  25, 2010, at 2:00 p.m.  The reason for the requested continuance is that plaintiff's counsel is

23  scheduled to undergo outpatient surgery on February 11, 2010 and will be unable to travel to

24  Sacramento on February 12, 2010, for the hearing.  The parties further stipulate that the

25  Defendants' Reply Memoranda shall be filed on or before February 18, 2010.

26  ///

27

28
    _____
    Barabino v. Citizens Automobile Finance, Inc., et al.          Stipulation to Continue Hearing
    Case No. 10-CV-000352                        -1-

1  Dated:          January 28, 2010                          /s/ Terry L. Baker
                                                          TERRY L. BAKER
2                                                         Attorney for Plaintiff

3
   Dated:          January 28, 2010                          /s/ Wendy C. Krog
4  _____WENDY C. KROG
                                                          Attorney for JPMorgan Chase Bank
5

6  Dated:          January 28, 2010                          /s/ Jeremy M. Jessup
                                                          JEREMY M. JESSUP
7                                                         Attorney for Citizens Automobile Finance, Inc.

8

9

10                                           **ORDER**

11        IT IS SO ORDERED.  The hearings on the Defendants' motions to dismiss will take

12  place on February 25, 2010, at 2:00 p.m. in Department 7 of this Court.  Each Defendants'

13  Reply Memoranda shall be filed on or before February 18, 2010.

14

15   Dated:  January 29, 2010

16

17                                      MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

Barabino v. Citizens Automobile Finance, Inc., et al.                    Stipulation to Continue Hearing
Case No. 10-CV-000352                          -2-