UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT BARABINO,                              No. 2:10-cv-00035-MCE-KJN

      Plaintiff,

  v.                                          MEMORANDUM AND ORDER

CITIZENS AUTOMOBILE FINANCE,
INC.; JPMORGAN CHASE BANK;
WESTERN SURETY COMPANY; and
DOES 1 through TWENTY;

      Defendants.

    The Court is in receipt of a Request for Clarification (Docket No. 29) by Defendant Citizens Automobile Finance.  As per the Court's Order (Docket No. 28) Plaintiff was not granted leave to amend.  Defendants are at this time required to file an answer pursuant to Federal Rule of Civil Procedure 12(a)(4)(A).

///
///
///
///
///

1

1 | In light of the request for clarification, Defendants are granted
2 | fourteen (14) days from the date of this Order to file such an
3 | answer.
4 |     IT IS ORDERED.
5 |
6 | Dated: April 13, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE