UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT BARABINO,  No. 2:10-cv-00035-MCE-EFB

    Plaintiff,

  v.  **ORDER**

CITIZENS AUTOMOBILE FINANCE, INC.; a corporation, JPMORGAN CHASE BANK, a corporation; WESTERN SURETY COMPANY, a corporation; and DOES 1 through TWENTY,

    Defendants.

----oo0oo----

Presently before the Court is Plaintiff Robert Barabino's Motion for Issuance of a Scheduling Order, currently set for hearing on September 2, 2010. Although the parties were instructed, by Order filed January 6, 2010 (ECF No. 3) to file a Joint Status Report within sixty (60) days following the Notice of Removal, which in this case occurred on January 5, 2010, the required Joint Status Report was in fact never filed.

1  On August 4, 2010, the Court reiterated its demand for a
2 Joint Status Report, and directed that said Report be filed not
3 later than August 24, 2010, with all parties participating.
4  Given the fact that the submission of a Joint Status Report
5 will trigger issuance of the scheduling order sought by Plaintiff
6 through the subject Motion, the objective of Plaintiff's Motion
7 has already been accomplished through the Court's August 4, 2010
8 Order.  Accordingly, Plaintiff's Motion for Issuance of
9 Scheduling Order (ECF No. 37) is DENIED as moot.[1]  The scheduled
10 hearing date of September 2, 2010 is vacated.
11  IT IS SO ORDERED.

Dated: August 20, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, the Court found this matter suitable for submission on the briefs. E.D. Cal. Local Rule 230(g)

2