1   ROPERS, MAJESKI, KOHN & BENTLEY
    GEORGE G. WEICKHARDT (SBN 58586)
2   WENDY C. KROG (SBN 257010)
    201 Spear Street, Suite 1000
3   San Francisco, CA  94105-1667
    Telephone:      (415) 543-4800
4   Facsimile:      (415) 972-6301

5   Attorneys for Defendant
    JPMORGAN CHASE BANK, N.A.

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  ROBERT BARABINO,                          CASE NO.  10-CV-00035 MCE KJN

12          Plaintiff,                        **ORDER GRANTING DEFENDANT
                                              JPMORGAN CHASE BANK, N.A.'S
13      v.                                    REQUEST TO APPEAR AT HEARING
                                              BY TELEPHONE**
14  CITIZENS AUTOMOBILE FINANCE,
    INC., a corporation; JPMORGAN CHASE       Date:       September 16, 2010
15  BANK, a corporation; WESTERN              Time:       2:00 p.m.
    SURETY COMPANY, a corporation; and        Ctrm.:      7, Hon. Morrison C. England, Jr.
16  DOES 1 through TWENTY;

17          Defendant.

18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

1

2    Defendant JPMorgan Chase Bank, N.A., having requested permission to appear at the

hearing by telephone for defendant Citizens Automobile Finance, Inc.'s motion for judgment on

3    the pleadings, scheduled for September 16, 2010, at 2:00 p.m. in Courtroom 7 of the above-

4    referenced Court, and good cause appearing therefor,

5        Defendant JPMorgan Chase Bank, N.A.'s request is GRANTED.

6        IT IS SO ORDERED.

7    DATED: September 13, 2010

8    _____

9    MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

- 2 -