UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT BARABINO,                              No. 2:10-cv-00035-MCE-KJN

       Plaintiff,

  v.                                          **ORDER**

CITIZENS AUTOMOBILE
FINANCE , INC., a
corporation; JPMORGAN
CHASE BANK, a corporation,
WESTERN SURETY COMPANY, a
corporation; and DOES ONE
through TWENTY;

       Defendants.

----oo0oo----

On January 7, 2011, counsel for Defendant JPMorgan Chase Bank N.A. ("Chase") filed a proposed judgment this matter, in its favor and against Plaintiff Robert Barabino, given the Court's Memorandum and Order filed December 22, 2010.  That Memorandum and Order granted Chase's Motion for Judgment on the Pleadings (ECF No. 62).  The Order did not, however, affect the status of Citizens Automobile Finance Inc. ("Citizens"), the remaining Defendant in this litigation.  Plaintiff's claims against Citizens remains ongoing.

1

In accordance the so-called "final judgment rule" embodied by Federal Rule of Civil Procedure 54(b), this Court does not as a matter of course render judgment in favor of one defendant when the case remains active against others.  While Chase may file a Motion under Rule 54(b) for relief from that general rule on grounds that there is "no just reason for delay", that motion is not before the Court.  The Court accordingly declines to sign the judgment in Chase's favor as proposed.

IT IS SO ORDERED.

Dated: January 31, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE