Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
MICHAEL A. BISHOP, ESQ. (SBN 105063)
RICHARD S. LINKERT, ESQ. (SBN 88756)
N. KATE JEFFRIES, ESQ. (SBN 248932)
3638 American River Drive
Sacramento, CA  95864
Telephone:    (916) 978-3434
Facsimile:    (916) 978-3430

Attorneys for Defendant, CITIZENS AUTOMOBILE FINANCE, INC.

Terry L. Baker, Esq.
**MAKLER & BAKER, LLP**
820 Bay Ave Ste. 230J
Capitola, CA 95010
Telephone:    (831) 476-7900
Facsimile:    (831) 476-7906

Attorney for Plaintiff, ROBERT BARABINO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARABINO,<br><br>          Plaintiff,<br><br>     v.<br><br>CITIZENS AUTOMOBILE FINANCE, INC., a corporation; JPMORGAN CHASE BANK, a corporation; WESTERN SURETY COMPANY, a corporation; and DOES 1 through TWENTY;<br><br>          Defendants. | Case No.  10-CV-00035 MCE EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)(1)(i)]** |

   The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this matter shall be and hereby is dismissed with prejudice, each party to bear its own attorney's fees and costs.

1

*Stipulation and Order for Dismissal With Prejudice*

Defendant JP Morgan Chase Bank was previously dismissed when its motion for judgment on the pleadings was granted on December 21, 2010, docket no. 67. Defendant Western Surety Company was voluntarily dismissed on January 12, 2010, docket no. 11. Thus, the only necessary parties to this stipulation are plaintiff Robert Barabino and defendant Citizens Automobile Finance, Inc.

Dated: November 3, 2011

**MATHENY SEARS LINKERT & JAIME, LLP**

By: /s/ MICHAEL A. BISHOP
MICHAEL A. BISHOP, ESQ.
N. KATE JEFFRIES, ESQ.
Attorneys for Defendants, CITIZENS AUTOMOBILE FINANCE, INC.

Dated: November 3, 2011

**MAKLER & BAKER LLP**

By: /s/ TERRY L. BAKER
TERRY BAKER, ESQ.
Attorney for Plaintiff, ROBERT BARABINO

**IT IS SO ORDERED.**

Dated: November 8, 2011

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE